AO 442 (Rev. 11/11) Arrest Warrant

**COPY**

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**SEALED**

United States of America
v.
ROYDRIK DIXON
a/k/a Roydrick Dixon
a/k/a Roydrik Lee Dixon
a/k/a Roydrik A. Dixon

*Defendant*

Case No. 5:24-cr-6-TPB-PRL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROYDRIK DIXON   a/k/a Roydrick Dixon   a/k/a Roydrik Lee Dixon   a/k/a Roydrik A. Dixon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possesson of a firearm affecting commerce by a felon (ACCA), in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

**COPY**

Date: 1/23/24

_____
Issuing officer's signature

City and state:  Ocala, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____  **COPY**   _____ Arresting officer's signature _____ Printed name and title |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION



UNITED STATES OF AMERICA

v.

ROYDRIK DIXON
  a/k/a Roydrick Dixon
  a/k/a Roydrik Lee Dixon
  a/k/a Roydrik A. Dixon

CASE NO. 5:24-cr-6-TPB-PRL
18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of a Firearm Affecting Commerce by a Convicted Felon)

On or about June 4, 2023, in the Middle District of Florida, the defendant,

**ROYDRIK DIXON,**
**a/k/a Roydrick Dixon,**
**a/k/a Roydrik Lee Dixon,**
**a/k/a Roydrik A. Dixon,**

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses committed on occasions different from one another:

1. **Robbery with a Firearm or Deadly Weapon**, on or about May 3, 2021;

2. **Robbery with a Firearm or Deadly Weapon**, on or about May 3, 2021;

3. **Robbery with a Firearm or Deadly Weapon**, on or about May 3, 2021;

4. **Robbery with a Firearm or Deadly Weapon**, on or about May 3, 2021;

5. **Dealing in Stolen Property**, on or about May 3, 2021;

6. **Conspiracy to Commit Armed Robbery**, on or about May 3, 2021; and

7. **Robbery with a Firearm or Deadly Weapon**, on or about May 3, 2021;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Glock, Model 47, 9mm caliber, semi-automatic handgun, serial number BZXL474, seized from the defendant on June 4, 2023.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

By: _____
For Ilianys Rivera Miranda
Assistant United States Attorney
Criminal Chief, North

FORM OBD-34
January 24

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

ROYDRIK DIXON
a/k/a Roydrick Dixon
a/k/a Roydrik Lee Dixon
a/k/a Roydrik A. Dixon

INDICTMENT

Violations: 18 U.S.C. §§ 922(g)(1) and 924(e)

A true bill,

_____
Foreperson

Filed in open court this __23RD__ day

of January 2024.

_____ Clerk

Bail $ _____

GPO 863 525

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 5:24-cr-6-TPB-PRL

ROYDRIK DIXON
  a/k/a Roydrick Dixon
  a/k/a Roydrik Lee Dixon
  a/k/a Roydrik A. Dixon

## MOTION TO SEAL INDICTMENT AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Indictment, the file copy of the warrant, defendant information sheet, this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant. Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Indictment in this case except when necessary to provide certified copies of the Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United

States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

                                        Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

By: _____
       Robert E. Bodnar, Jr.
       Assistant United States Attorney
       Florida Bar No. 0989703
       35 SE 1st Avenue, Suite 300
       Ocala, Florida 34471
       Telephone: (352) 547-3600
       Facsimile: (352) 547-3623
       E-mail: robert.bodnar@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:24-cr-6-TPB-PRL

ROYDRIK DIXON
   a/k/a Roydrick Dixon
   a/k/a Roydrik Lee Dixon
   a/k/a Roydrik A. Dixon

### O R D E R

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant.

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Ocala, Florida, this __23rd__ day of January, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

AO 257 (Rev. 6/78)     PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING ☑ SEALED

**Name of District Court, and/or Judge/Magistrate Location (City)**
MIDDLE DISTRICT OF FLORIDA
Ocala, FLORIDA

**OFFENSE CHARGED**
Possesson of a firearm affecting commerce by a felon (ACCA)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**Defendant - U.S. vs.** ROYDRIK DIXON
**a/k/a (if applicable)** a/k/a Roydrick Dixon   a/k/a Roydrik Lee Dixon   a/k/a Roydrik A. Dixon

If multi-defendant case, Lead Defendant: _____

**Address** Leesburg, Florida

**Place of Offense**
Lake County, Florida

**U.S.C. Citation**
18 U.S.C. §§ 922(g)(1) and 924(e).

**Birth Date** xx/xx/2002 (Optional unless a juvenile)

☑ Male ☐ Female ☐ Alien, Citizenship:

**SSN:** xxx-xx-9795   **FBI No.** 111457EH2   **Cédula No.**

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)
SA Thomas Harrison, ATF

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   DOCKET NO.
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸   MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on This Form
Roger B. Handberg ☑ U.S.Atty ☐ Other U.S. Agency

Name of Asst. U.S. Atty.: Robert E. Bodnar, Jr.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding
  If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
  If answer to (6) is "Yes", show name of institution: Miami
  Booking No.
  Has detainer been filed? ☐ Yes } If "Yes" ☐ No } give date filed:

DATE OF ARREST ▸

Or... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▸

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**METHOD OF SERVICE:** Warrant
**RECOMMENDED BOND:** None
**COURTROOM REQUIREMENTS:** Medium
**Will there be a defendant or witness in custody?** ☑ Yes ☐ No

| Statutes: | Counts: | Penalty Provisions: | Maximum Penalty: |
|---|---|---|---|
| 18 U.S.C. Sec. 922(g)(1) | 1 | 18 U.S.C. Sec. 924(e) | NLT 15 yrs-life BOP; NMT $250,000 fine; NMT 5 yrs' S/R; $100 S/A |

Related Cases:
Def. Counsel:

OCDETF Case: ☐ Yes ☑ No
Gang Member: ☐ Yes ☑ No   If Yes, gang affiliation:

☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☐ (RE) Retained
☑ (TB) To be Appointed
Start Date:

Rev. 12/12/2018

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: ROYDRIK DIXON
Known aliases: a/k/a Roydrick Dixon, a/k/a Roydrik Lee Dixon, a/k/a Roydrik A. Dixon
Last known residence: 32511 Quiet Harbor Ave, Apt 201, Leesburg, FL 34788
Prior addresses to which defendant/offender may still have ties: 1254 Hillcrest View Loop, Apopka, FL 32703
Last known employment:
Last known telephone numbers:
Place of birth: Florida
Date of birth: 07/19/2002
Social Security number: 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
Height: 5'9"    Weight:
Sex: Male    Race: Black
Hair: Black    Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Multiple convictions for armed robbery with a firearm/deadly weapon

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 111457EH2
Complete description of auto:

Investigative agency and address: ATF - Orlando, SA Thomas Harrison; cell: (407) 961-1574

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: